# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SPAHI and JANET FULADIAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>NCB, a Federal Savings Bank, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____ | Case No.: CV 10-9056 DSF (MANx)<br><br>JUDGMENT<br><br>[JS-6] |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed and Plaintiffs having failed to amend their complaint in the time allowed by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: February 9, 2011

_____
Dale S. Fischer
United States District Judge